# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIE RAY LEWIS,

    *Petitioner*,

vs.

STATE OF NEVADA, *et al.*,

    *Respondents*.

2:10-cv-01225-PMP-PAL

ORDER

Following upon the notice (#24) of appearance by petitioner's counsel in this habeas matter,

IT IS ORDERED that the Federal Public Defender's Office is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Debra A. Bookout, Esq., appearing as petitioner's counsel of record.

IT FURTHER IS ORDERED that petitioner shall have until up to and including **Friday, July 8, 2011**, within which to file an amended petition. **Petitioner's counsel may wish to review the Court's prior order (#21), as counsel did not comply with the directive – for this particular case – to state in the notice of appearance the estimated time needed for same**. The Court will screen any amended petition filed prior to ordering further action in the case.

The Clerk shall send a copy of this order to the CJA Coordinator for this Division.

DATED: June 10, 2011.

                                        _____
                                        PHILIP M. PRO
                                        United States District Judge