RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DEBRA A. BOOKOUT
Assistant Federal Public Defender
Florida State Bar No. 968196
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-6261 (FAX)

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE RAY LEWIS,<br><br>    Petitioner,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>    Respondents. | 2:10-cv-01225-PMP-CWH<br><br>**MOTION FOR EXTENSION OF TIME TO FILE PETITIONER'S OPPOSITION TO RESPONDENTS' MOTION TO DISMISS AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**(First Request)** |

    The Petitioner, Willie Ray Lewis, by and through his attorney, Debra A. Bookout, Assistant Federal Public Defender, moves this Court for an extension of time of fourteen (14) days from July 26, 2012, to and including August 9, 2012, in which to file Petitioner's Opposition To Respondents' Motion To Dismiss Amended Petition. This motion is based upon the attached points and authorities and all pleadings and papers on file herein.

    DATED this 26TH day of July, 2012.

                                          LAW OFFICES OF THE
                                          FEDERAL PUBLIC DEFENDER

                                          By:    */s/ Debra A. Bookout*
                                                      DEBRA A. BOOKOUT
                                                      Assistant Federal Public Defender

## POINTS AND AUTHORITIES

1. This is Petitioner's first request for an extension of time to file his Opposition To Respondents' Motion To Dismiss Amended Petition.

2. On June 26, 2012 Respondents' filed their Motion To Dismiss Petitioner's Amended Petition. (Clerk's Record, CR. 48). Pursuant to this Court's February 6, 2012 Order Petitioner's Opposition is due thirty day from the date of service of Respondents' "answer, motion to dismiss, or other response to file a reply or opposition." CR. 42. The due date for Petitioner's Opposition is July 26, 2012.

3. Petitioner's Counsel now seeks a fourteen (14) day extension in which to file Petitioner's Opposition To Respondents' Motion To Dismiss.

4. Counsel's deadlines, including recently completed and pending matters such as the following, along with additional work and duty assignments, will preclude her from having adequate time to file Petitioner's Opposition on the current due date: Opposition to Motion to Dismiss due July 30, 2012 in Tellis v. Donat, U.S.D.C., case no. 3:10-cv-387-ECR-VPC; Supplemental Reply Brief due August 2, 2012 in Rankin v. Jack Palmer, et al., case no. 3:09-cv-00145-LRH-VPC; Amended Petition due August 14, 2012 in Pattison v. Cole Morrow, et al., case no. 2:12-cv-0315-KJD-PAL; and Answering Brief due August 20, 2012 in Moore v. Don Helling, et al..

5. Counsel for Petitioner respectfully requests that this Court grant this motion and order Petitioner to file his Opposition no later than August 9, 2012.

DATED this 26th day of July, 2012.

        LAW OFFICES OF THE
        FEDERAL PUBLIC DEFENDER

        By:   */s/ Debra A. Bookout*
                DEBRA A. BOOKOUT
                Assistant Federal Public Defender

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2012.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on July 26, 2012 she served a true and accurate copy of the foregoing to the United States District Court, who will e-serve the following addressee:

Robert E. Wieland
Bureau of Criminal Justice
5420 Kietzke Lane, Suite 202
Reno, NV 89511

                                        */s/ Susan Kline*
                                        Susan Kline, an Employee of the
                                        Federal Public Defender's Office

O:\00 NCH\cases-open\Lewis, Willie Ray\Pleadings\MFE #1 re OPP to MTD.wpd