# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIE RAY LEWIS,

   *Petitioner*,

vs.

ROBERT LEGRAND, *et al.*,

   *Respondents*.

2:10-cv-01225-PMP-CWH

ORDER

Respondents' motions (## 66 & 67) for enlargement of time are GRANTED, and the deadline for respondents to file a response to the motion (#58) for leave to file a second amended petition and to the motion (#56) to stay is extended for both responses to May 28, 2013.

DATED: May 13, 2013.

_____
PHILIP M. PRO
United States District Judge