UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIE RAY LEWIS, | Case No. 2:10-cv-01225-PMP-CWH |
| Petitioner, | ORDER |
| v. | |
| NEVADA, STATE OF, et al., | |
| Respondents. | |

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 2, 2014, this court granted a stay and administratively closed petitioner Willie Ray Lewis's federal habeas corpus action in order that he could exhaust ground 4(b) of his petition (ECF No. 76).

Lewis's further state-court proceedings have concluded, and petitioner has now returned to this court, through counsel, seeking to reopen this case (ECF No. 78). Petitioner has filed supplemental exhibits in support of the motion to reopen the case and in support of his amended petition (ECF No. 79).   Petitioner asks that the supplemental exhibits be linked to his amended petition at ECF No. 43.  Respondents filed their non-opposition to the motion (ECF No. 80).   Good cause appearing, this action is reopened, and the court now sets a further briefing schedule.

**IT IS THEREFORE ORDERED** that petitioner's motion to reopen this action ECF No. 78) is **GRANTED**.

**IT IS FURTHER ORDERED** that, as the stay is lifted by this order, the Clerk shall REOPEN THE FILE in this action.

1

**IT IS FURTHER ORDERED** that the supplemental exhibits filed at ECF No. 79 are ACCEPTED as supplemental exhibits to the amended petition (ECF No. 43).  The Clerk of Court SHALL LINK the supplemental exhibits (ECF No. 79) to the amended petition (ECF No. 43) on the CM/ECF docket in this action.

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45) days** following the date of entry of this order within which to answer, or otherwise respond to, the amended petition (ECF No. 43).

**IT IS FURTHER ORDERED** that petitioner shall have **forty-five (45) days** following service of the response to file and serve petitioner's response.

**IT IS FURTHER ORDERED** that the parties SHALL SEND courtesy copies of all exhibits to the Reno Division of this court.  **While the Local Rules provide that parties should send paper courtesy copies of filings over fifty pages, in this instance, courtesy copies may be in paper form or as PDF documents saved to a CD–so long as each PDF is clearly identified by exhibit number.**  Courtesy copies shall be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label.  Additionally, in the future, all parties shall provide courtesy copies of any additional exhibits submitted to the court in this case, in the manner described above.

DATED: 27 April 2016.

_____
GLORIA M. NAVARRO, CHIEF JUDGE,
UNITED STATES DISTRICT COURT