UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE RAY LEWIS,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:10-cv-01225-GMN-CWH<br><br>ORDER |

　　　This counseled habeas matter under 28 U.S.C. § 2254 comes before the court on respondents' motions to extend time. Good cause appearing,

　　　**IT IS ORDERED** that respondents' unopposed first and second motions for extension of time to file a response to the petition (ECF Nos. 83 and 84) are both **GRANTED**. Respondents shall file their response on or before October 20, 2016.

　　　DATED: 5 October 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO, CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1