UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE RAY LEWIS,<br><br>                 Petitioner,<br>    v.<br>STATE OF NEVADA, et al.,<br><br>                 Respondents. | Case No. 2:10-cv-01225-GMN-CWH<br><br>ORDER |

On June 18, 2017, the court denied respondents' motion to dismiss ground 4(b) of the fourth-amended petition without prejudice (ECF No. 93).

**IT IS THEREFORE ORDERED** that respondents shall have **forty-five (45) days** from the date of this order to file an answer to the petition.

**IT IS FURTHER ORDERED** that petitioner shall have **thirty (30) days** after the date of service of the answer in which to file the reply in support of the petition.

DATED: 27 June 2017.

                                                        _____
                                                        GLORIA M. NAVARRO, CHIEF JUDGE
                                                        UNITED STATES DISTRICT COURT