UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIE RAY LEWIS,<br><br>　　　　　　　Petitioner,<br>　　v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:10-cv-01225-GMN-CWH<br><br>ORDER |

This counseled habeas matter under 28 U.S.C. § 2254 comes before the court on two motions by respondents. Good cause appearing,

**IT IS ORDERED** that respondents' motion for clarification of order (ECF No. 95) is **GRANTED** (*see* ECF No. 96).

**IT IS FURTHER ORDERED** that respondents' motion for extension of time to file their answer to the petition (ECF No. 97) is **GRANTED** *nunc pro tunc.*

DATED: 6 February 2018.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1